No. 28,004.

CORA SEALS, *Appellant*, v. N. D. SNOW and MARTIN S. SNOW, Revived in the Name of N. D. SNOW, Administrator, etc., *Appellees*.

(268 Pac. 860.)

Memorandum relating to petition for rehearing filed July 7, 1928. (For original opinion of affirmance, see 126 Kan. 246.)

*William A. Smith,* of Topeka, and *Harry W. Fisher,* of Fort Scott, for the appellant.

*John A. Hall,* of Pleasanton, for the appellees.

The opinion of the court was delivered by

BURCH, J.: Page 2 of appellant's petition for rehearing is devoted to impertinent and scandalous matter, and is stricken from the court's files. Thus purged, the petition for rehearing is denied.

Leave to withdraw the answer to the petition for rehearing is granted.

Appeal and Error, 4 C. J. p. 641 n. 96.